UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 3, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-0059 CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| RICARDO IVAN HAINZ ROMERO | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RICARDO IVAN HAINZ ROMERO Case No. 2:25-mj-0059 CKD Charges 21 USC § 846 from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 30,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): _

Issued at Sacramento, California on April 3, 2025 at 2:35 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney